UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Madalyn Barton Fischer

      v.                          Case No. 14-cv-412-SM

David Naylor


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 28, 2014, for the reasons set forth therein.  Plaintiff's complaint is hereby dismissed.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                        _____
                                        Steven J. McAuliffe
                                        United States District Judge

Date: December 13, 2014

cc:  Madalyn Barton Fischer, pro se